Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Lon O. Hocker, Frank H. Sullivan, James C. Jones, Jr.,* and *Ralph T. Finley* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John MacC. Hudson, Paul D. Miller, Clarence M. Charest,* and *Percy S. Crewe* for respondent.

No. 492. LUETTE ET AL. *v.* BANK OF ITALY NATIONAL TRUST & SAVINGS ASSN. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James Westervelt* and *Williamson S. Summers* for petitioners. *Mr. Elvon Musick* for respondent.

No. 493. HILL ET AL. *v.* UNITED STATES. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John Philip Hill* and *James A. O'Shea* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 494. McAvoy Co. *v.* GLOBE INDEMNITY Co. November 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Silas H. Strawn, John D. Black, and Harold A. Smith* for petitioner. *Mr. George T. Buckingham* for respondent.

No. 495. SHEDD *v.* STATE LINE GENERATING Co. November 3, 1930. Petition for writ of certiorari to the